UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JEFFREY A. COOL,<br><br>　　　　　　Defendant. | CR 19-40010<br><br>INDICTMENT (REDACTED)<br><br>Possession of Firearms by Prohibited Person; Possession of an Unregistered Firearm<br><br>18 U.S.C. §§ 922(g)(3);<br>26 U.S.C. §§ 5861(d), 5845(a), and 5871 |

The Grand Jury charges:

COUNT 1.

On or about September 2, 2018, in the District of South Dakota, Jeffrey A. Cool, then being an unlawful user of and addicted to a controlled substance, did knowingly possess firearms, to wit:

　　1.　　Western Auto Supply Company, model Revelation 310AB, 12 gauge pump-action shotgun bearing an obliterated serial number;

　　2.　　Smith & Wesson, Model Military & Police "Victory," .38 Special caliber revolver bearing serial number V625824;

　　3.　　Cobra Enterprises of Utah Incorporated, model C22, .22 rimfire caliber derringer bearing serial number 088282; and

　　4.　　1,495 rounds of various caliber ammunition,

which had been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(3).

## COUNT 2.

On or about September 2, 2018, in the District of South Dakota, Jeffrey A. Cool knowingly possessed a firearm as defined by 26 U.S.C. § 5845(a)(2), namely, a short-barreled shotgun, more particularly described as a Western Auto Supply Company, model Revelation 310AB, 12 gauge pump-action shotgun bearing an obliterated serial number, with a barrel less than 18 inches long, which was not registered to him in the National Firearms Registration and Transfer Record as required by 26 U.S.C. § 5841, in violation of 26 U.S.C. §§ 5861(d), 5845(a), and 5871.

**FOFEITURE ALLEGATION**

1.   The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.   Upon conviction of either or both of the offenses set forth in Counts 1 and 2 of this Indictment, the Defendant, Jeffrey A. Cool, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in the commission of the offenses, including, but not limited to, the following:

    a.   Western Auto Supply Company, model Revelation 310AB, 12 gauge pump-action shotgun bearing an obliterated serial number;

  b.  Smith & Wesson, Model Military & Police "Victory," .38 Special caliber revolver bearing serial number V625824;

  c.  Cobra Enterprises of Utah Incorporated, model C22, .22 rimfire caliber derringer bearing serial number 088282;

  d.  1,483 rounds of various caliber ammunition.

3. If any of the property described above, as a result of any act or omission of the Defendant:

  a.  cannot be located upon the exercise of due diligence;

  b.  has been transferred or sold to, or deposited with, a third party;

  c.  has been placed beyond the jurisdiction of the court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL:

**Name Redacted**

_____

Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: *[signature]*

[3]