## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jeffrey A. Cool | ) | Case No.  1:19-mj-143 |
| | ) | |
| Defendant. | ) | |

Defendant was arrested in this district on charges out of the District of South Dakota.  (Doc. No. 2-3).  He made his initial appearance on May 25, 2019, and was conditionally released by this court. On May 2, 2020, defendant was charged in a petition with violating this court's order setting conditions of release.  At this court's direction, the Clerk's office issued an arrest warrant for defendant.

On October 26, 2020, the Pretrial Services Office advised this court that defendant's underlying offense has been resolved.  Accordingly, the court, on its own motion, dismisses defendant's petition and quashes defendant's arrest warrant.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court